Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16–23109–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Roxana Fis–Santana
   9 Bender Avenue
   Iselin, NJ 08830

Social Security No.:
   xxx–xx–4367

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on July 10, 2017.

On 8/28/19 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:                October 1, 2019
Time:                10:00 AM
Location:            Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: August 30, 2019
JAN: amg

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-23109-MBK
Roxana Fis-Santana                                                      Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin              Page 1 of 2            Date Rcvd: Aug 30, 2019
                             Form ID: 185             Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 01, 2019.
db              +Roxana Fis-Santana,    9 Bender Avenue,    Iselin, NJ 08830-1302
cr              +Santander Consumer USA Inc., dba Chrysler Capital,    P.O. Box 562088, Suite 900 North,
                  Dallas, TX 75356-2088
cr              +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER,    Phelan Hallinan & Schmieg, PC,
                  400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
516277296       +Caliber Home Loans,    PO Box 24610,   Oklahoma City, OK 73124-0610
516277295        Caliber Home Loans,    PO Box 619063,    Dallas, TX 75261-9063
516277298       +Chrysler Capital,    PO Box 961275,   Fort Worth, TX 76161-0275
516277300       +DSNB Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
516277299        Daryl Walker,    1213 Washington Avenue,    Asbury Park, NJ 07712-6346
516277302       +Medical Diagnostic Associates,    c/o Remex Inc,    307 Wall Street,   Princeton, NJ 08540-1515
516277303       +Miguel Santana,    Apt 228,   14255 Preston Road,    Dallas, TX 75254-8532
516277305       +NJ Motor Vehicle Commission,    Surcharge Administration Office,    PO Box 136,
                  Trenton, NJ 08601-0136
516277306       +Phelan Hallinan Diamond & Jones PC,    400 Fellowship Road,    Suite 11,
                  Mount Laurel, NJ 08054-3437
516277304      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                (address filed with court:   NJ Division of Taxation,    50 Barracks Street,    PO Box 269,
                  Trenton, NJ 08695)
516277307       +Select Medical - Kessler,    c/o Ar Resources Inc,    1777 Sentry Pkwy W,
                  Blue Bell, PA 19422-2206
516277308       +Six Flags Membership,    c/o Aargon Collection Agency,    8668 Spring Mountain Road,
                  Las Vegas, NV 89117-4132
517293441       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                  Highlands Ranch, Colorado 80129-2386
517293442       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                  Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                  8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516498807       +U.S. BANK TRUST, N.A., AS TRUSTEE FOR,    LSF9 MASTER PARTICIPATION TRUST,
                  CALIBER HOME LOANS, INC.,    13801 WIRELESS WAY,    OKLAHOMA CITY OK 73134-2500
517375416        eCAST Settlement Corporation,    PO Box 29262,    New York NY 10087-9262
517375417        eCAST Settlement Corporation,    PO Box 29262,    New York NY 10087-9262,
                  eCAST Settlement Corporation,    PO Box 29262,    New York NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Aug 30 2019 23:43:47     U.S. Attorney,    970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 30 2019 23:43:43     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
516277294       +E-mail/Text: bankruptcy@savit.com Aug 30 2019 23:44:35     Adult Ped Allergist Of Cen,
                  c/o Sav-it Collection Agency,    46 W Ferris St,    East Brunswick, NJ 08816-2159
516277297        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 30 2019 23:37:01
                  Capital One Bank USA NA,    15000 Capital One Drive,    Richmond, VA 23238
516361321        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 30 2019 23:37:01
                  Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
516277301       +E-mail/Text: cio.bncmail@irs.gov Aug 30 2019 23:43:10     Internal Revenue Service,
                  PO Box 7346,    Philadelphia, PA 19101-7346
516277309       +E-mail/PDF: gecsedi@recoverycorp.com Aug 30 2019 23:48:57     Syncb/amazon,    PO Box 965015,
                  Orlando, FL 32896-5015
516277310        E-mail/PDF: gecsedi@recoverycorp.com Aug 30 2019 23:36:56     Syncb/walmart,    PO Box 965024,
                  El Paso, TX 79998
516485008       +E-mail/PDF: gecsedi@recoverycorp.com Aug 30 2019 23:38:29     Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516277311       +E-mail/Text: bankruptcy@savit.com Aug 30 2019 23:44:34     Woodbridge Medical Assocs.,
                  c/o Sa-vit Collection Agency,    46 W Ferris Street,    East Brunswick, NJ 08816-2159
516277312       +E-mail/Text: ebn@unique-mgmt.com Aug 30 2019 23:44:15     Woodbridge Public Library,
                  c/o Unique National,    119 E. Maple Street,    Jeffersonville, IN 47130-3439
                                                                                              TOTAL: 11

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516913071*     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                (address filed with court:   State of New Jersey,    Department of Treasury,
                  Division of Taxation,    PO Box 245,   Trenton, NJ 08695-0245)
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-3           User: admin              Page 2 of 2              Date Rcvd: Aug 30, 2019
                               Form ID: 185             Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2019 at the address(es) listed below:

              Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Andrew L. Spivack    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
               PARTICIPATION TRUST nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    FV-I, Inc. in trust for Morgan Stanley Mortgage
               Capital Holdings, LLC dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc., dba Chrysler Capital
               ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    FV-I, Inc. in trust for Morgan Stanley Mortgage
               Capital Holdings, LLC kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Nicholas V. Rogers    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
               PARTICIPATION TRUST nj.bkecf@fedphe.com
              William S. Wolfson    on behalf of Debtor Roxana    Fis-Santana wwolfsonlaw@comcast.net,
               liza.wwolfsonlaw@comcast.net
                                                                                               TOTAL: 8