Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 16−23109−MBK
        Chapter: 13
        Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Roxana Fis−Santana
   9 Bender Avenue
   Iselin, NJ 08830

Social Security No.:
   xxx−xx−4367

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:    11/13/19
Time:    02:00 PM
Location:    Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
William S. Wolfson, Debtor's Attorney

COMMISSION OR FEES
fee: $1,150.00

EXPENSES
$3.25

If this is a chapter 13 case, the fees and expenses awarded:

    ☑    will not reduce the amount to be paid to general unsecured creditors under the plan.

    ☐    will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: October 15, 2019
JAN:

                                                          Jeanne Naughton
                                                          Clerk

Case 16-23109-MBK    Doc 91    Filed 10/17/19    Entered 10/18/19 01:10:58    Desc Imaged
Certificate of Notice    Page 2 of 4

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-23109-MBK
Roxana Fis-Santana                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2          Date Rcvd: Oct 15, 2019
                              Form ID: 137             Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 17, 2019.
```
db             +Roxana Fis-Santana,    9 Bender Avenue,    Iselin, NJ 08830-1302
cr             +Santander Consumer USA Inc., dba Chrysler Capital,    P.O. Box 562088, Suite 900 North,
                 Dallas, TX 75356-2088
cr             +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
516277296      +Caliber Home Loans,    PO Box 24610,    Oklahoma City, OK 73124-0610
516277295       Caliber Home Loans,    PO Box 619063,    Dallas, TX 75261-9063
516277298      +Chrysler Capital,    PO Box 961275,    Fort Worth, TX 76161-0275
516277300      +DSNB Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
516277299       Daryl Walker,    1213 Washington Avenue,    Asbury Park, NJ 07712-6346
518461587      +FV-I, Inc. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516277302      +Medical Diagnostic Associates,    c/o Remex Inc,    307 Wall Street,    Princeton, NJ 08540-1515
516277303      +Miguel Santana,    Apt 228,    14255 Preston Road,    Dallas, TX 75254-8532
516277305      +NJ Motor Vehicle Commission,    Surcharge Administration Office,    PO Box 136,
                 Trenton, NJ 08601-0136
516277306      +Phelan Hallinan Diamond & Jones PC,    400 Fellowship Road,    Suite 11,
                 Mount Laurel, NJ 08054-3437
516277304     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:  NJ Division of Taxation,    50 Barracks Street,    PO Box 269,
                 Trenton, NJ 08695)
516277307      +Select Medical - Kessler,    c/o Ar Resources Inc,    1777 Sentry Pkwy W,
                 Blue Bell, PA 19422-2206
516277308      +Six Flags Membership,    c/o Aargon Collection Agency,    8668 Spring Mountain Road,
                 Las Vegas, NV 89117-4132
517293441      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
517293442      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516498807      +U.S. BANK TRUST, N.A., AS TRUSTEE FOR,    LSF9 MASTER PARTICIPATION TRUST,
                 CALIBER HOME LOANS, INC.,    13801 WIRELESS WAY,    OKLAHOMA CITY OK 73134-2500
517375416       eCAST Settlement Corporation,    PO Box 29262,    New York NY 10087-9262
517375417       eCAST Settlement Corporation,    PO Box 29262,    New York NY 10087-9262,
                 eCAST Settlement Corporation,    PO Box 29262,    New York NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 16 2019 01:26:03     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 16 2019 01:25:59     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516277294      +E-mail/Text: bankruptcy@savit.com Oct 16 2019 01:26:58     Adult Ped Allergist Of Cen,
                 c/o Sav-it Collection Agency,    46 W Ferris St,    East Brunswick, NJ 08816-2159
516277297       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 16 2019 01:31:55
                 Capital One Bank USA NA,    15000 Capital One Drive,    Richmond, VA 23238
516361321       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 16 2019 01:31:13
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
516277301      +E-mail/Text: cio.bncmail@irs.gov Oct 16 2019 01:25:07     Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
516277309      +E-mail/PDF: gecsedi@recoverycorp.com Oct 16 2019 01:29:59     Syncb/amazon,    PO Box 965015,
                 Orlando, FL 32896-5015
516277310       E-mail/PDF: gecsedi@recoverycorp.com Oct 16 2019 01:31:47     Syncb/walmart,    PO Box 965024,
                 El Paso, TX 79998
516485008      +E-mail/PDF: gecsedi@recoverycorp.com Oct 16 2019 01:31:47     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516277311      +E-mail/Text: bankruptcy@savit.com Oct 16 2019 01:26:58     Woodbridge Medical Assocs.,
                 c/o Sa-vit Collection Agency,    46 W Ferris Street,    East Brunswick, NJ 08816-2159
516277312      +E-mail/Text: ebn@unique-mgmt.com Oct 16 2019 01:26:36     Woodbridge Public Library,
                 c/o Unique National,    119 E. Maple Street,    Jeffersonville, IN 47130-3439
                                                                                              TOTAL: 11
```

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
516913071*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:  State of New Jersey,    Department of Treasury,
                 Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
518445522*     +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
518445523*     +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
                                                                                   TOTALS: 0, * 3, ## 0
```

```
District/off: 0312-3          User: admin             Page 2 of 2             Date Rcvd: Oct 15, 2019
                              Form ID: 137            Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 11, 2019 at the address(es) listed below:
          Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
          Albert    Russo    docs@russotrustee.com
          Andrew L. Spivack    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
           PARTICIPATION TRUST nj.bkecf@fedphe.com
          Denise E. Carlon    on behalf of Creditor    FV-I, Inc. in trust for Morgan Stanley Mortgage
           Capital Holdings, LLC dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc., dba Chrysler Capital
           ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
          Kevin Gordon McDonald    on behalf of Creditor    FV-I, Inc. in trust for Morgan Stanley Mortgage
           Capital Holdings, LLC kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Nicholas V. Rogers    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
           PARTICIPATION TRUST nj.bkecf@fedphe.com
          William S. Wolfson    on behalf of Debtor Roxana  Fis-Santana wwolfsonlaw@comcast.net,
           liza.wwolfsonlaw@comcast.net
                                                                                             TOTAL: 8