UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

William S. Wolfson, Esq.
260 U.S. Highway 202/31, Suite 1100
Flemington, NJ 08822
Attorney for Debtor
908 782-9333
Our File No.: 1137.57122
WW4019

**Order Filed on November 14, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Roxana Fis-Santana, Debtor

Case No.: 16-23109

Chapter: 13

Judge: Kaplan

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: November 14, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____William S. Wolfson_____, the applicant, is allowed a fee of $ ___1,150.00___ for services rendered and expenses in the amount of $___3.25___ for a total of $___1,153.25___. The allowance is payable:

&boxtimes; through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $___593.49___ per month for ___15___ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                Case No. 16-23109-MBK
Roxana Fis-Santana                                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 1              Date Rcvd: Nov 15, 2019
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2019.
db             +Roxana Fis-Santana,    9 Bender Avenue,    Iselin, NJ 08830-1302

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2019 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Andrew L. Spivack    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
               PARTICIPATION TRUST nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    FV-I, Inc. in trust for Morgan Stanley Mortgage
               Capital Holdings, LLC dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc., dba Chrysler Capital
               ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    FV-I, Inc. in trust for Morgan Stanley Mortgage
               Capital Holdings, LLC kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Nicholas V. Rogers    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
               PARTICIPATION TRUST nj.bkecf@fedphe.com
              William S. Wolfson    on behalf of Debtor Roxana  Fis-Santana wwolfsonlaw@comcast.net,
               liza.wwolfsonlaw@comcast.net
                                                                                             TOTAL: 8