**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Roxana Fis–Santana <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4367 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 16–23109–MBK | |

# Order of Discharge                                                                                        12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Roxana Fis–Santana

1/28/21                                                                                        **By the court:** Michael B. Kaplan
                                                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 16-23109-MBK
Roxana Fis-Santana                                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                        User: admin                                  Page 1 of 3
Date Rcvd: Jan 28, 2021                     Form ID: 3180W                               Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++           Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Roxana Fis-Santana, 9 Bender Avenue, Iselin, NJ 08830-1302 |
| cr | + | Santander Consumer USA Inc., dba Chrysler Capital, P.O. Box 562088, Suite 900 North, Dallas, TX 75356-2088 |
| cr | + | U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 516277296 | + | Caliber Home Loans, PO Box 24610, Oklahoma City, OK 73124-0610 |
| 516277295 | | Caliber Home Loans, PO Box 619063, Dallas, TX 75261-9063 |
| 516277299 | | Daryl Walker, 1213 Washington Avenue, Asbury Park, NJ 07712-6346 |
| 518461587 | + | FV-I, Inc. Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 516277302 | + | Medical Diagnostic Associates, c/o Remex Inc, 307 Wall Street, Princeton, NJ 08540-1515 |
| 516277303 | + | Miguel Santana, Apt 228, 14255 Preston Road, Dallas, TX 75254-8532 |
| 516277305 | + | NJ Motor Vehicle Commission, Surcharge Administration Office, PO Box 136, Trenton, NJ 08601-0136 |
| 516277306 | + | Phelan Hallinan Diamond & Jones PC, 400 Fellowship Road, Suite 11, Mount Laurel, NJ 08054-3437 |
| 516277304 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, NJ Division of Taxation, 50 Barracks Street, PO Box 269, Trenton, NJ 08695 |
| 518772080 | + | Scolopax, LLC, Land Home Financial Services, Inc., 3611 South Harbor Blvd, Suite 100, Santa Ana, CA 92704-7915 |
| 518772081 | + | Scolopax, LLC, Land Home Financial Services, Inc., 3611 South Harbor Blvd, Suite 100, Santa Ana, CA 92704, Scolopax, LLC Land Home Financial Services, Inc. 92704-7915 |
| 516277307 | + | Select Medical - Kessler, c/o Ar Resources Inc, 1777 Sentry Pkwy W, Blue Bell, PA 19422-2206 |
| 517293441 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 517293442 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129, Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300 Highlands Ranch, Colorado 80129-2386 |
| 516498807 | + | U.S. BANK TRUST, N.A., AS TRUSTEE FOR, LSF9 MASTER PARTICIPATION TRUST, CALIBER HOME LOANS, INC., 13801 WIRELESS WAY, OKLAHOMA CITY OK 73134-2500 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 28 2021 22:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 28 2021 22:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516277294 | + | Email/Text: bankruptcy@savit.com | Jan 28 2021 22:05:00 | Adult Ped Allergist Of Cen, c/o Sav-it Collection Agency, 46 W Ferris St, East Brunswick, NJ 08816-2159 |
| 516277297 | | EDI: CAPITALONE.COM | Jan 29 2021 02:18:00 | Capital One Bank USA NA, 15000 Capital One Drive, Richmond, VA 23238 |
| 516361321 | | EDI: CAPITALONE.COM | Jan 29 2021 02:18:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 516277298 | + | EDI: CHRM.COM | Jan 29 2021 02:18:00 | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 516277300 | | EDI: CITICORP.COM | Jan 29 2021 02:18:00 | DSNB Macys, 9111 Duke Blvd, Mason, OH |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 45040 |
| 516277301 | + | EDI: IRS.COM | Jan 29 2021 02:18:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 516277308 | + | EDI: AARGON.COM | Jan 29 2021 02:18:00 | Six Flags Membership, c/o Aargon Collection Agency, 8668 Spring Mountain Road, Las Vegas, NV 89117-4132 |
| 516277309 | + | EDI: RMSC.COM | Jan 29 2021 02:18:00 | Syncb/amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 516277310 | | EDI: RMSC.COM | Jan 29 2021 02:18:00 | Syncb/walmart, PO Box 965024, El Paso, TX 79998 |
| 516485008 | + | EDI: RMSC.COM | Jan 29 2021 02:18:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516277311 | + | Email/Text: bankruptcy@savit.com | Jan 28 2021 22:05:00 | Woodbridge Medical Assocs., c/o Sa-vit Collection Agency, 46 W Ferris Street, East Brunswick, NJ 08816-2159 |
| 516277312 | + | Email/Text: ebn@unique-mgmt.com | Jan 28 2021 22:04:00 | Woodbridge Public Library, c/o Unique National, 119 E. Maple Street, Jeffersonville, IN 47130-3439 |
| 517375416 | | EDI: ECAST.COM | Jan 29 2021 02:18:00 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |
| 517375417 | | EDI: ECAST.COM | Jan 29 2021 02:18:00 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262, eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516913071 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, address filed with court:, State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 518445522 | *+ | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518585334 | *+ | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518445523 | *+ | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129, Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518585335 | *+ | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129, Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2021         Signature:    /s/Joseph Speetjens

District/off: 0312-3 User: admin Page 3 of 3
Date Rcvd: Jan 28, 2021 Form ID: 3180W Total Noticed: 34

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor FV-I Inc. in trust for Morgan Stanley Mortgage Capital Holdings, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor FV-I Inc. in trust for Morgan Stanley Mortgage Capital Holdings, LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Nicholas V. Rogers | on behalf of Creditor U.S. BANK TRUST N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com |
| William S. Wolfson | on behalf of Debtor Roxana Fis-Santana wwolfsonlaw@comcast.net liza.wwolfsonlaw@comcast.net |

TOTAL: 7